■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VICTOR ORTIZ, Appellant. [773 NYS2d 698]—Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered February 13, 2001. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Pine, Scudder, Gorski and Hayes, JJ.